UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Walter Hutchinson, Jr.

v.                                           Civil No. 16-cv-53-LM

NH State Prison, Warden


O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 14, 2016.  Additionally, finding that the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability.  See 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.


SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: June 23, 2016

cc:  Walter Hutchinson, Jr., pro se